**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

### CIVIL MINUTES – GENERAL

Case No:  SA CV 20-02401-DOC-(DFMx)                    Date: February 10, 2021

Title:  United African-Asian Abilities Club, et al. v. 3401 Del Monte Properties, LLC et al

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

|                  Kelly Davis                  |              Not Present              |
| :-------------------------------------------: | :----------------------------------: |
|                Courtroom Clerk                |             Court Reporter             |
|   ATTORNEYS PRESENT FOR PLAINTIFF:<br>None Present   |   ATTORNEYS PRESENT FOR DEFENDANT:<br>None Present   |

**PROCEEDINGS: (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [10], hereby orders this action DISMISSED without prejudice. The Court hereby orders <u>ALL</u> pending hearing dates VACATED and taken off calendar. The Court retains jurisdiction for forty-five (45) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.